**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

United States of America,

       Plaintiff,     **17 MAG 3168 (MRG)**

   - against -       **JUDGMENT**

Gregory Richardson,

       Defendant.
------------------------------------------------------------X

   The issues in the above entitled action having been brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court, on May 24, 2017, having accepted the Defendant's plea of Guilty to Unlicensed Operation §509.1 of the New York State Vehicle and Traffic Laws assimilated under the Federal Statutes in full satisfaction of the Misdemeanor Complaint filed on April 28, 2017; it is

   ORDERED, ADJUDGED AND DECREED The Defendant is sentenced to pay a fine in the amount of $50.00 to be paid to the U.S. District Court in White Plains, New York by June 21, 2017 or else appear in the U.S. District Court, Poughkeepsie, New York on June 22, 2017 at 9:00 AM.

Dated:  May 24, 2017
     Poughkeepsie, NY

              **SO ORDERED:**

              Hon. Martin R. Goldberg
              United States Magistrate Judge